**MUELLER SPORTS MEDICINE, INC., Plaintiff–Appellant,**

v.

**BEVERIDGE MARKETING, LLC, (doing business as BMC Custom Eye Black), Defendant–Appellee.**

No. 05–1437.

United States Court of Appeals, Federal Circuit.

April 10, 2006.

Before LOURIE, CLEVENGER, and BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Fatima G. WELIVER, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 05–3275.

United States Court of Appeals, Federal Circuit.

April 10, 2006.

Rehearing Denied June 7, 2006.

Before LINN, DYK, and PROST, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.